FILED
2018 Jul-24 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN SMITH,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 5:17-cv-00737-MHH |
| } | |
| **IMI HUNTSVILLE, LLC and** } | |
| **BAYER PROPERTIES, LLC,** } | |
| } | |
| **Defendants.** } | |

## ORDER

Plaintiff John Smith and Defendants IMI Huntsville, LLC and Bayer Properties, LLC have filed a Joint Stipulation of Dismissal with prejudice. (Doc. 23).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with costs taxed as paid. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this July 24, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE